394 P.2d 155

STATE of New Mexico on the relation of Jesse L. ROSS, Petitioner,

v.

The Honorable Paul F. LARRAZOLO, Judge of Division VI of the District Court of the Second Judicial District of the State of New Mexico, Respondent.

No. 7677.

Supreme Court of New Mexico.

July 20, 1964.

Order.

COMPTON, Chief Justice.

Ordered that the alternative writ of mandamus previously entered herein be and the same hereby is made absolute.

394 P.2d 155

STATE ex rel. Pasqual ARMIJO, Administrator of the Estate of Marion Fowler, Deceased, Petitioner,

v.

The SECOND JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF BERNALILLO and the Honorable Paul Tackett, as Judge of the Fifth Division thereof, Respondent.

No. 7636.

Supreme Court of New Mexico.

July 16, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring; MOISE, Justice, absent and not participating.

Ordered that the alternative writ of prohibition heretofore issued herein on May 13, 1964, be and the same is hereby made permanent.